**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI DIVISION)**

CASE NO. 16-cv-62573-FAM

ANAIS ELIBRAHIMI,

        Plaintiff,

v.

BED BATH & BEYOND, INC.,

        Defendant.

_____/

**DEFENDANT BED BATH & BEYOND, INC.'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION**
**COMPLAINT AND TO FILE ITS CORPORATE DISCLOSURE STATEMENT**

Defendant Bed Bath & Beyond, Inc. ("BB&B") hereby moves pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time until February 20, 2017 to respond to Plaintiff's Class Action Complaint ("Complaint") and to file its corporate disclosure statement. Plaintiff Anais Elibrahimi ("Plaintiff") does not oppose the relief requested. In support of this unopposed motion, BB&B states as follows:

    1.    On October 30, 2016, Plaintiff filed this putative class action.

    2.    Pursuant to Fed. R. Civ. P. 4(d)(3), the current deadline for BB&B to respond to Plaintiff's Complaint is January 20, 2017.

    3.    BB&B respectfully requests a 30-day enlargement of time—up to and including February 20, 2017—to respond to Plaintiff's Complaint.

    4.    Pursuant to Fed. R. Civ. P. 6(b)(1), good cause exists for this relief. Additional time is needed for BB&B's counsel to fully review, research, and investigate the allegations

asserted in the Complaint prior to responding to the Complaint. The additional time also will give the Parties the opportunity to further discuss the case—and to determine whether a resolution is possible—before BB&B responds to the Complaint.

5. This request will not prejudice any party. Plaintiff does not oppose this extension, and this is BB&B's first request for an extension of time to respond to the Complaint.

6. In addition, BB&B requests that the Court permit it to file its corporate disclosure statement when it responds to Plaintiff's Complaint.

7. This extension is being sought in good faith and not for delay or any other improper purpose, and it will provide BB&B with a reasonable opportunity to continue to investigate Plaintiff's allegations and for the Parties to determine whether a resolution is possible before BB&B responds to the Complaint.

WHEREFORE, BB&B respectfully requests that the Court enter the attached Order granting it an enlargement of time—until February 20, 2017—to respond to Plaintiff's Complaint and to file its corporate disclosure statement.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

BB&B has conferred with Plaintiff's counsel about the requested extension of time in accordance with Local Rule 7.1(a)(3), and Plaintiff's counsel does not oppose the relief requested.

Dated:  January 17, 2017                           Respectfully submitted,

                                                 */s/ Brian M. Ercole*
Annie Estevez (Fla. Bar No. 991694)
Brian M. Ercole (Fla. Bar No. 0102189)
Clay M. Carlton (Fla. Bar No. 85767)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Ste. 5300
Miami, FL 33131-2339
Telephone: (305) 415-3000
Facsimile: (305) 415-3001
Email: annemarie.estevez@morganlewis.com
Email: brian.ercole@morganlewis.com
Email: clay.carlton@morganlewis.com

*Attorneys for Bed Bath & Beyond, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 17, 2017, a true and correct copy of Defendant Bed Bath & Beyond, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint and to File its Corporate Disclosure Statement was filed electronically and served on all counsel of record via the Court's ECF System.

*s/ Brian M. Ercole*
Brian M. Ercole

DB1/ 90375064.1