UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-62573-CIV-MORENO**

ANAIS ELIBRAHIMI,

Plaintiff,

vs.

BED BATH & BEYOND, INC.,

Defendant.

______________________________/

**ORDER GRANTING MOTION TO DISMISS**

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. 8)**, filed on **February 20, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED by default. Under S.D. Fla. L.R. 7.1(c), failure to oppose a motion within 14 days of service may be deemed sufficient cause for granting the motion by default. Here, Plaintiff failed to respond to Defendant's motion to dismiss for failure to state a claim within 14 days.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th of March 2017.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record